# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE TAYLOR, | : | Civil No. 1:19-CV-02050 |
| Petitioner, | : | |
| v. | : | |
| PENNSYLVANIA ATTORNEY GENERAL and THE COMMONWEALTH OF PENNSYLVANIA, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, this 21st day of February, 2020, **IT IS HEREBY ORDERED THAT** the Clerk of Court is directed to **TRANSFER** Petitioner Tyrone Taylor's petition for writ of habeas corpus (Doc. 1) to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 2241(d).

BY THE COURT:

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

1