IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYRONE TAYLOR,** | : | CIVIL ACTION |
| **Petitioner,** | : | |
| | : | |
| v. | : | |
| | : | NO. 20-cv-1050 |
| **PA ATTORNEY GENERAL,** *et al.*, | : | |
| **Respondents.** | : | |

## **O R D E R**

AND NOW, this 31st day of March, 20 21, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Berle M. Schiller
BERLE M. SCHILLER,          J.